# CASE ANNOUNCEMENTS

*June 24, 2014*

[Cite as *06/24/2014 Case Announcements*, 2014-Ohio-2729.]

## MOTION AND PROCEDURAL RULINGS

**2014–0268.   State ex rel. Rohrer v. Holzapfel.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition.

Upon consideration of relator's motions for temporary emergency restraining order and for preliminary injunction pending the court's consideration of the merits of the original action, it is ordered by the court that the motions are denied.

# CASE ANNOUNCEMENTS

*June 25, 2014*

[Cite as *06/25/2014 Case Announcements*, 2014-Ohio-2725.]

## MERIT DECISIONS WITHOUT OPINIONS

**2013–2027.   Thomas v. Neal.**
In Habeas Corpus. On petition for writ of habeas corpus of James Thomas. Sua sponte, cause dismissed. On motion for a ruling. Motion denied as moot.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2014–0063.   Foy v. Sheldon.**
In Habeas Corpus. On petition for writ of habeas corpus of Raymond Foy. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.